| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Dakota G., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-12-3242 |
| | § | |
| New Caney Independent School District, | § | |
| | § | |
| Defendant. | § | |

## Order to File Waiver of Service

The parties must file the waiver of service by 5:00 p.m. on January 18, 2013.

Signed on January 18, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge