| United States District Court | Southern District of Texas |
|---|---|

D. G., §
§
    Plaintiff, §
§
versus §    Civil Action H-12-3242
§
New Caney Independent School District, §
§
    Defendant. §

## Management Order

1. New Caney Independent School District may move for summary judgment by January 30, 2013.

2. D. G. may respond to the motion for summary judgment by February 6, 2013.

3. By February 6, 2013, D. G. must send a package of its documents to New Caney. By February 13, New Caney must add its documents and file them as exhibits for the bench trial.

Signed on January 22, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge